Form 154 – ntcabn72

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

        Case No.: 13−24857−RG  
        Chapter: 7  
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Lavonda R Smith−Davenport  
   aka Lavonda Smith, aka Lavonda  
   Davenport, aka Lavonda Renee Davenport  
   19 Carnegie Avenue  
   East Orange, NJ 07018

Social Security No.:  
   xxx−xx−5497

Employer's Tax I.D. No.:

## NOTICE OF PROPOSED ABANDONMENT

    Charles A. Stanziale Jr., Trustee for the above−captioned case, has filed a notice of intent to abandon certain property described below as being of inconsequential value to the estate.

    If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such objection shall be in writing, served upon the Trustee and filed with the Clerk of the United States Bankruptcy Court. Such objection and request shall be filed with the Clerk and served upon the Trustee no later than May 6, 2014.

    In the event an objection is timely filed, a hearing will be held before the Honorable Rosemary Gambardella on

DATE:         5/27/14  
TIME:         10:00 AM  
COURTROOM:   3E

    If no objection is filed with the Clerk and served upon the Trustee on or before May 6, 2014, the abandonment will take effect on the fifth day following the last day to file objections.

The description of the property to be abandoned is as follows:  
The Debtor owns real property located at 19 Carnegie Avenue, East Orange, NJ (the Property). The Property has a fair market value of $130,000

The liens on the property to be abandoned are as follows  
(including amount claimed due):  
The Property has two mortgages:

Aurora Financial Group: $146,213.93  
City of East Orange: $10,000

The amount of equity claimed as exempt by the debtor is:  
$0.00

     Request for additional information about the property to be abandoned should be directed to the Trustee at:
Charles A. Stanziale Jr.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 639–7908

     or the trustee's attorney (if applicable) at:
Charles A. Stanziale Jr.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 639–7908


Dated: April 22, 2014
JJW:

                                                James J. Waldron
                                                Clerk

```
                                United States Bankruptcy Court
                                       District of New Jersey
In re:                                                                             Case No. 13-24857-RG
Lavonda R Smith-Davenport                                                          Chapter 7
                 Debtor
                                         CERTIFICATE OF NOTICE
District/off: 0312-2           User: whealy                 Page 1 of 6                   Date Rcvd: Apr 22, 2014
                               Form ID: 154                 Total Noticed: 236


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2014.
db           +Lavonda R Smith-Davenport,    19 Carnegie Avenue,    East Orange, NJ 07018-2904
cr           +Country Door,    PO Box 740933,   Dallas, TX 75374-0933
intp         +Marie-Ann Greenberg,    30 Two Bridges Road, Suite 330,    Fairfield, NJ 07004-1550
514057935    +A & W Pathology Associates,    P0 Box 510,    Wayne, NJ 07474-0510
514057936    +A & W Pathology Associates,    1175 Devin Drive,    Suite 173,    Muskegon, MI 49441-6079
514057937    +Aaron Bail Bond Corporation,    Attn: Richard P. Blender, ESQ.,     90 Broadway, 2nd Floor,
               Paterson, NJ 07505-1107
514057938    +Aaron Bail Bonds,    90 Broadway,   Paterson, NJ 07505-1107
514334588    +American InfoSource LP as agent for,     DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
               El Segundo, CA 90245-3504
514057945    +Asset Recovery Group,    1460 Northwest Vivion Road,    East Brook Park,
               Kansas City, MO 64118-4555
514057946     Asset Recovery Solutions,    8200 E Devon Avenue,    Suite 200,    Des Plaines, IL 60018
514057948    +Aurora Financial Group,    PO Box 48011,    Newark, NJ 07101-4811
514057949    +Aurora Financial Group,    PO Box 288,   Marlton, NJ 08053-0288
514057947    +Aurora Financial Group,    9 Eves Drive, #190, PO Box 228,     Marlton, NJ 08053-0228
514057950    +Aurora Financial Group Inc.,    9 Eves Drive, Suite 109,    Marlton, NJ 08053-8114
514057953     Auto Insurance Surcharge,    PO Box 4850,    Trenton, NJ 08650-4850
514057955     Auto Insurance Surcharge,    PO Box 4775,    Trenton, NJ 08650-4775
514057954     Auto Insurance Surcharge,    NJ MVS,   PO Box 016,    Trenton, NJ 08666-0166
514057956    +Axsys,   11 McLeland Rd.,    Saint Cloud, MN 56303-2050
514057957     Axsys National Bank,    PO Box 2900,   Saint Cloud, MN 56395-2900
514057958     Bank of America,    PO Box 220411,   Greensboro, NC 27420
514057959    +Bank of America,    PO Box 2240,   Brea, CA 92822-2240
514057960    +Beardsley Emergency Medical Associates,     66 W Gilbert Street,    2nd Floor,
               Red Bank, NJ 07701-4947
514057963   ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,     PO Box 85015,    Richmond, VA 23285-5015)
514057964    +Capital One,    PO Box 26074,   Richmond, VA 23260-6074
514057966    +Capital One,    PO Box 85147,   Richmond, VA 23276-0001
514057967    +Capital One,    1957 Westmoreland Rd.,    Richmond, VA 23276-0001
514057962    +Capital One,    PO Box 85617,   Richmond, VA 23285-5617
514057968    +Capital One, N.a.,    Capital One Bank (USA) N.A.,    P0 Box 30285,    Salt Lake City, UT 84130-0285
514267768    +Cenlar FSB,    425 Phillips Blvd.,   Ewing, NJ 08618-1430
514267769    +Cenlar FSB,    425 Phillips Blvd.,   Ewing, NJ 08628,    Cenlar FSB,    425 Phillips Blvd.,
               Ewing, NJ 08618-1430
514057972    +Chase Bank,    PO Box 15153,   Wilmington, DE 19886-5153
514057971     Chase Bank,    PO Box 15583,   Wilmington, DE 19886-1194
514057973    +Chase Bank,    PO Box 94014,   Palatine, IL 60094-4014
514057974    +Citibank,    PO Box 6500,   Sioux Falls, SD 57117-6500
514057975     Citibank,    PO Box 6405,   The Lakes, NV 88901-6405
514057978    +City of East Orange,    Tax Collector,    44 City Hall Plaza,    East Orange, NJ 07017-4104
514057977     City of East Orange,    Tax Collector,    City Hall,   East Orange, NJ 07019
514057976    +City of East Orange,    Attn: Housing and Urban Development,     44 City Hall Plaza,
               East Orange, NJ 07017-4191
514057980    +Country Door,    1112 7th Ave,   Monroe, WI 53566-1364
514166670    +Country Door,    c/o Creditors Bankruptcy Service,    PO Box 740933,    Dallas, TX 75374-0933
514057982    +Credit Management , Inc.,    4200 International Parkway,    Carrollton, TX 75007-1912
514057983   ++DIRECTV LLC,    ATTN BANKRUPTCIES,   PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
             (address filed with court: Direct TV,     PO Box 78627,    Phoenix, AZ 85062)
514097899    +Department Stores National Bank/Macys,     Bankruptcy Processing,    Po Box 8053,
               Mason, OH 45040-8053
514057986    +Direct Tv,    PO Box 29079,   Glendale, CA 91209-9079
514057989    +Dr. John Green, MD,    31 Main Street,    Suite B,   Orange, NJ 07050
514057990     Dr. John Green, MD PC,    31 Main Street,    Suite B,    Orange, NJ 07050
514057991    +Dsnb Macys,    9111 Duke Blvd,   Mason, OH 45040-8999
514057992    +Dynia & Associates,    4849 N Milwaukee Avenue,    Suite 801,    Chicago, IL 60630-2680
514057995    +East Orange General Hospital,    PO Box 8500,    Philadelphia, PA 19178-8500
514057993    +East Orange General Hospital,    300 Central Avenue,    East Orange, NJ 07018-2897
514057999    +Enhanced Recovery Corporation,    10550 Dearwood Park Blvd.,     Suite 600,
               Jacksonville, FL 32256-2811
514058000    +Enhanced Recovery Corporation,    P0 Box 172465,    Denver, CO 80217-2465
514058001    +Excell Clinical Labs,    1 Ethel Road,    Bldg. 103,    Edison, NJ 08817-2838
514058003    +Fingerhunt Corporation,    53 Mcleland Avenue,    Saint Cloud, MN 56395-2076
514058004    +Fingerhut,    14 McLeland Rd.,   Saint Cloud, MN 56395-1001
514058006    +Fingerhut,    PO Box 2900,   Saint Cloud, MN 56395-0001
514058007     Fingerhut,    PO Box 5033,   Sioux Falls, SD 57117
514058008    +First Premier Bank,    601 S Minnesota Avenue,    Sioux Falls, SD 57104-4868
514058009    +First Premier Bank,    PO Box 5114,   Sioux Falls, SD 57117-5114
514058010     First Premier Bank,    PO Box 5147,   Sioux Falls, SD 57117-5147
514058011    +First Premier Bank,    900 West Delaware,    PO Box 5519,    Sioux Falls, SD 57117-5519
514058012    +First Premier Bank,    Attn: Correspondence Department,    PO Box 5525,
               Sioux Falls, SD 57117-5525
514058015     GE Money Bank,    PO Box 98143,   El Paso, TX 79998
```

```
District/off: 0312-2          User: whealy                Page 2 of 6          Date Rcvd: Apr 22, 2014
                              Form ID: 154                Total Noticed: 236

514058029      Ginny,    1112 7th Avenue,    Monroe, WI 53566-1364
514169296     +Ginny's,    c/o Creditors Bankruptcy Service,     PO Box 740933,    Dallas, TX 75374-0933
514058030     +Ginnys/Swiss Colony,    1112 7th Avenue,    Monroe, WI 53566-1364
514058041     +HRS,    PO Box 17298,    Baltimore, MD 21297-1298
514058040      HRS,    PO Box 17602,    Baltimore, MD 21297-1602
514058039      HRS,    PO Box 4144,    Carol Stream, IL 60197-4144
514058042      HRS USA,    PO Box 17298,    Baltimore, MD 21297-1298
514058045    #+HSBC,    PO Box 17051,    Baltimore, MD 21297-1051
514058043     +HSBC,    PO Box 98706,    Las Vegas, NV 89193-8706
514058046     +HSBC,    P0 Box 80084,    Salinas, CA 93912-0084
514058032      Household Bank,    PO Box 88000,    Baltimore, MD 21288-0001
514058033     +Household Bank,    PO Box 98706,    Las Vegas, NV 89193-8706
514058034     +Household Bank,    PO Box 438,    Wood Dale, IL 60191-0438
514058035     +Household Bank,    PO Box 17602,    Baltimore, MD 21297-1602
514058047     +Hsbc Bank,    P0 Box 5253,    Carol Stream, IL 60197-5253
514058049    #+Imaging Consultants of Essex, P.A.,     PO Box 1733,    Frederick, MD 21702-0733
514058050     +Imaging Consultants of Essex, P.A.,     Billing Service Center,    769 Northfield Avenue, Ste. 260,
                West Orange, NJ 07052-1141
514058052      JC Penny,    PO Box 628041,    Orlando, FL 32862
514058055     +JC Penny,    PO Box 981463,    El Paso, TX 79998-1463
514058058    ++JEFFERSON CAPITAL SYSTEMS LLC,     PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital,      PO Box 23051,    Columbus, GA 31902)
514058059    #+Jefferson Capital,    PO Box 1940,    Southgate, MI 48195-0940
514058056     +Jefferson Capital,    16 Mcleland Road,    Saint Cloud, MN 56303-2160
514192220     +Jefferson Capital Systems LLC,     PO BOX 7999,    SAINT CLOUD MN 56302-7999
514058060     +Jefferson Capital Systems, LLC,     16 McLeland Road,    Saint Cloud, MN 56303-2160
514058063     +Macy's,    9111 Duke Blvd.,    Mason, OH 45040-8999
514058062     +Macy's,    4605 Duke Blvd.,    Mason, OH 45040-9410
514058064      Macy's,    PO Box 4563,    Carol Stream, IL 60197-4563
514058061      Macy's,    P.O. Box 4564,    Carol Stream, IL 60197-4564
514058065     +Macy's,    PO Box 4591,    Carol Stream, IL 60197-4591
514058066     +Macy's,    PO Box 4592,    Carol Stream, IL 60197-4592
514058069     +Macy's Visa,    Bankruptcy,    6356 Corley Road,    Norcross, GA 30071-1704
514058068      Macy's Visa,    PO Box 90098,    West Chester, OH 45071
514058067     +Macy's Visa,    P0 Box 745012,    Cincinnati, OH 45274-5012
514058071     +Mercantile Adjustment Bureau,     PO Box 9016,    Buffalo, NY 14231-9016
514058070      Mercantile Adjustment Bureau,     PO Box 9315A,    Rochester, NY 14604
514058074      Merrick Bank,    PO Box 571308,    Salt Lake City, UT 84157-1308
514058078     +Metabank,    PO Box 89210,    Sioux Falls, SD 57109-9210
514058080     +Metabank,    PO Box 2534,    Omaha, NE 68103-2534
514058081     +Midland Credit Management,     500 West 1st Street,    Hutchinson, KS 67501-5222
514058083      Midland Credit Management,     PO Box 93019,    San Diego, CA 92193
514058099     +NJ Housing and Mortgage,    Cenlar FSB,    425 Phillips Boulevard,    Trenton, NJ 08618-1430
514058100      NJ Housing and Mortgage Finance,     PO Box 18650,    Trenton, NJ 08650
514088656     +NJCLASS,    PO Box 548,    Trenton, NJ 08625-0548
514058092     +New Century Financial,    7 Entin Road,    Parsippany, NJ 07054-5020
514058093     +New Century Financial, LLC,     Attn: Pressler & Pressler,     7 Entin Road,
                Parsippany, NJ 07054-5020
514058098      New Jersey HIgher Education,     PO Box 528,    Trenton, NJ 08625
514058097     +New Jersey HIgher Education,     PO Box 540,    Trenton, NJ 08625-0540
514058096     +New Jersey HIgher Education,     PO Box 548,    Trenton, NJ 08625-0548
514058095      New Jersey Higher Education,     PO Box 18385,    Newark, NJ 07191-8385
514058102     +Online Collections,    Po Box 1489,    Winterville, NC 28590-1489
514058101     +Online Collections,    Attn: Tracy,    Po Box 1489,    Winterville, NC 28590-1489
514058103      Orange Municipal Court,    596 Lincoln Avenue,    Orange, NJ 07050
514272969    ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,      c/o Jc Penney,    POB 41067,
                Norfolk VA 23541)
514058129     +PSEG,    Cranford Customer Service,    District Office,     PO Box 1023,    Cranford, NJ 07016-1023
514058124      PSEG,    PO Box 14104,    New Brunswick, NJ 08906-4104
514058126     +PSEG,    PO Box 14444,    New Brunswick, NJ 08906-4444
514058106     +Palisades,    PO Box 48,    Newark, NJ 07101-0048
514058107     +Palisades Collection , LLC,    PO Box 1244,    Englewood Cliffs, NJ 07632-0244
514058112     +Penn Credit Corporation,    PO Box 988,    916 South 14th Street,    Harrisburg, PA 17104-3425
514058111     +Penn Credit Corporation,    PO Box 988,    Harrisburg, PA 17108-0988
514058113     +Power Kirn LLC,    728 Marine Highway,    PO Box 848 Suite 200,     Moorestown, NJ 08057-0848
514058114     +Powers Kirn,    728 Marne Highway,    Suite 200,    PO Box 848,    Moorestown, NJ 08057-0848
514058115     +Powers Kirn   LLC,    728 Marne Highway,    Suite 200,    Moorestown, NJ 08057-3128
514058116     +Powers Kirn Attorneys,    728 Marne Highway,    Suite 200,    Moorestown, NJ 08057-3128
514058118     +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
514058120     +Pressler & Pressler ESQ,    7 Entin Road,    Parsippany, NJ 07054-5020
514058122     +Pressler And Pressler, Attorneys,     7 Entin Road,    Parsippany, NJ 07054-5020
514058130     +QAR,    PO Box 239,    Gibbsboro, NJ 08026-0239
514058131     +Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
514058132     +Quality Asset Recovery,    P0 Box 239,    Gibbsboro, NJ 08026-0239
514058145     +Sallie Mae Bankruptcy,    220 Lasley Avenue,    Wilkes Barre, PA 18706-1430
514058147     +Salute,    PO Box 11802,    Newark, NJ 07101-8102
514058150      Seventh Avenue,    1112 7th Avenue,    Monroe, WI 53566-1364
514058151     +Seventh Avenue,    PO Box 740933,    Dallas, TX 75374-0933
514058149     +Seventh Avenue,    c/o Creditor's Bankruptcy Service,     PO Box 740933,    Dallas, TX 75374-0933
```

```
District/off: 0312-2            User: whealy               Page 3 of 6                    Date Rcvd: Apr 22, 2014
                                Form ID: 154               Total Noticed: 236


514169491      +Seventh Avenue,   c/o Creditors Bankruptcy Service,    PO Box 740933,    Dallas, TX 75374-0933
514058152      +Sheriff's Office,    50 W. Market Street,    File No. F-13003347,    Docket # F-016790-12,
                 Newark, NJ 07102-1607
514058159      +Sprint PCS,    Attn : AFNI,    404 Brock Drive,    Bloomington, IL 61701-2654
514058161      +Sprint Wireless,    1521 West Cameron Avenue,    PO Box 2220,    West Covina, CA 91793-2220
514058164      +State Of NJ Student Assistance,    P0 Box 548,    Attn: Bankruptcy Department,
                 Trenton, NJ 08625-0548
514058163      +State Of Nj Student As,    4 Quakenbridge Plz,    Trenton, NJ 08619-1241
514058162      +State of New Jersey,    Higher Education Student Assistance,    4 Quaker Bridge Plaza,    P0 Box 548,
                 Trenton, NJ 08625-0548
514058165      +Swiss Colony,    1112 7th Avenue,    Monroe, WI 53566-1364
514058166      +T-Mobile,    PO Box 742596,    Cincinnati, OH 45274-2596
514058168      +T-Mobile,    Bankruptcy,    PO Box 37380,    Albuquerque, NM 87176-7380
514058169      +T-Mobile Bankruptcy Team,    PO Box 53410,    Bellevue, WA 98015-3410
514058170      +T-Mobile Financial,    P0 Box 2400,    Young America, MN 55553-2400
514058172       Target,   Attn: Retailers National Bank,    PO Box 59231,    Minneapolis, MN 55459-0231
514058173      +Target,   P0 Box 59317,    Minneapolis, MN 55459-0317
514058171      +Target,   3901 West 53rd St.,    Sioux Falls, SD 57106-4221
514058175      +Target Credit Card (TC),    Po Box 673,    Minneapolis, MN 55440-0673
514058174      +Target Credit Card (TC),    C/O Financial & Retail Services,    Mailstop BT  P.O. Box 9475,
                 Minneapolis, MN 55440-9475
514058176       Target Credit Services,    Retailers National Bank,    PO Box 1581,    Minneapolis, MN 55440-1581
514058178      +US DEpartment of Edcuation,    PO Box 5609,    Greenville, TX 75403-5609
514058179      +US Department of Education,    National Payment Center,    PO Box 4169,    Greenville, TX 75403-4169
514058181      +Verizon,    PO Box 4833,    Trenton, NJ 08650-4833
514058180      +Verizon,    PO Box 4830,    Trenton, NJ 08650-4830
514058182      +Verizon New Jersey Inc,    P0 Box 3397,    Bloomington, IL 61702-3397
514058184      +Verizon New Jersey Inc,    500 Technology Dr,    Weldon Spring, MO 63304-2225
514058189     ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
               (address filed with court: Wachovia Bank,     Bankcard Services,    PO Box 15137,
                 Wilmington, DE 19886)
514058191       Walmart,    PO Box 628043,    Orlando, FL 32862
514058195      +Wells Fargo Bank,    PO Box 1225,    Charlotte, NC 28201
514058196      +Wells Fargo Bank,    Attn: National Asset Recovery,    PO Box 701,    Chesterfield, MO 63006-0701
514058197       Wells Fargo Card Services,    PO Box 10347,    Des Moines, IA 50306-0347
514058198      +Wells Fargo Card Services,    PO Box 6412,    Carol Stream, IL 60197-6412
514058200      +Wells Fargo Financial,    1240 Office Plaza Drive,    West Des Moines, IA 50266-2300
514058199      +Wells Fargo Financial,    PO Box 5943,    Sioux Falls, SD 57117-5943
514058202      +Wells Fargo Financial Bank,    PO Box 5943,    Sioux Falls, SD 57117-5943
514058203      +William E. Powers,    728 Marine Highway,    Suite 200,    Moorestown, NJ 08057-3128
514058205      +World Financial Network Bank,    220 W. Schrock Road,    Westerville, OH 43081-2873
514058207      +World Financial Network Bank,    PO Box 659562,    San Antonio, TX 78265
514058204       World Financial Network Bank,    PO Box 659584,    San Antonio, TX 78265-9584
514058209       World Financial Network National Bank,    PO Box 182125,    Columbus, OH 43218-2125
514058210      +World Financial Network National Bank,    PO Box 182363,    Columbus, OH 43218-2363

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: leah.bynon@usdoj.gov Apr 22 2014 21:49:26     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2523
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 22 2014 21:49:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514057942      +E-mail/PDF: recoverybankruptcy@afninet.com Apr 22 2014 21:53:44      Afni,   404 Brook Drive,
                 PO Box 3517,   Bloomington, IL 61702-3517
514057943      +E-mail/PDF: recoverybankruptcy@afninet.com Apr 22 2014 21:53:44      Afni,   PO Box 47248,
                 Oak Park, MI 48237-4948
514057944      +E-mail/PDF: recoverybankruptcy@afninet.com Apr 22 2014 21:54:47      Afni,   PO Box 3427,
                 Bloomington, IL 61702-3427
514076785       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 22 2014 21:55:00
                 American InfoSource LP as agent for,    Midland Funding LLC,   PO Box 268941,
                 Oklahoma City, OK  73126-8941
514234330      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 22 2014 21:49:17      Asset Acceptance LLC,
                 PO Box 2036,   Warren MI 48090-2036
514349504      +E-mail/Text: bncmail@w-legal.com Apr 22 2014 21:49:34     CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
514057979      +E-mail/Text: jsanders@cksfin.com Apr 22 2014 21:49:16     CKS Financial,   PO Box 2856,
                 Chesapeake, VA 23327-2856
514057970      +E-mail/Text: bkr@cardworks.com Apr 22 2014 21:48:23     Carson Smithfield,   PO Box 30537,
                 Tampa, FL 33630-3537
514057996      +E-mail/Text: bknotice@erccollections.com Apr 22 2014 21:49:31      Enhanced Recovery Corp,
                 8014 Bayberry Rd,   Jacksonville, FL 32256-7412
514057998      +E-mail/Text: bknotice@erccollections.com Apr 22 2014 21:49:31      Enhanced Recovery Corporation,
                 Attention: Client Services,    8014 Bayberry Road,   Jacksonville, FL 32256-7412
514058016      +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2014 21:53:12     GE Money Bank,   P0 Box 960061,
                 Orlando, FL 32896-0061
514058018      +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2014 21:53:12     GE Money Bank,   PO Box 981064,
                 El Paso, TX 79998-1064
514058020       E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2014 21:55:04     GEMB,   PO Box 103101,
                 Roswell, GA 30076
```

```
District/off: 0312-2           User: whealy                Page 4 of 6                  Date Rcvd: Apr 22, 2014
                               Form ID: 154                Total Noticed: 236


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514058021      +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2014 21:54:35      GEMB,    PO Box 530942,
                 Atlanta, GA 30353-0942
514058022      +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2014 21:53:12      GEMB,    PO Box 960001,
                 Orlando, FL 32896-0001
514058019      +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2014 21:53:24      GEMB,    PO Box 981400,
                 El Paso, TX 79998-1400
514058013      +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2014 21:53:15      Ge Money,    PO Box 960024,
                 Orlando, FL 32896-0024
514058024      +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2014 21:54:18      Gemb/JC Penny,    Po Box 965005,
                 Orlando, FL 32896-5005
514058023      +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2014 21:54:57      Gemb/JC Penny,
                 Attention: Bankruptcy,    P0 Box 103104,    Roswell, GA 30076-9104
514058025      +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2014 21:54:57      Gemb/Peach Direct,
                 Attn: Bankruptcy,    P0 Box 103104,    Roswell, GA 30076-9104
514058026      +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2014 21:54:18      Gemb/peach Direct,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
514058027      +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2014 21:54:29      Gemb/walmart,    Attn: Bankruptcy,
                 P0 Box 103104,    Roswell, GA 30076-9104
514058028      +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2014 21:55:02      Gemb/walmart,    Po Box 981400,
                 El Paso, TX 79998-1400
514058053      +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2014 21:54:58      JC Penny,    PO Box 981131,
                 El Paso, TX 79998-1131
514058054      +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2014 21:53:12      JC Penny,    PO Box 960001,
                 Orlando, FL 32896-0001
514309460       E-mail/Text: bkr@cardworks.com Apr 22 2014 21:48:23       MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
514058077      +E-mail/Text: bkr@cardworks.com Apr 22 2014 21:48:23       Merrick Bank,    PO Box 23356,
                 Pittsburgh, PA 15222-6356
514058073      +E-mail/Text: bkr@cardworks.com Apr 22 2014 21:48:23       Merrick Bank,    P0 Box 9201,
                 Old Bethpage, NY 11804-9001
514058072      +E-mail/Text: bkr@cardworks.com Apr 22 2014 21:48:23       Merrick Bank,    Attn: Bankruptcy,
                 PO Box 9201,    Old Bethpage, NY 11804-9001
514058075       E-mail/Text: bkr@cardworks.com Apr 22 2014 21:48:23       Merrick Bank,    PO Box 5721,
                 Hicksville, NY 11802-5721
514058085      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 22 2014 21:49:22       Midland Credit Management,
                 8875 Aero Drive,    Suite 2,    San Diego, CA 92123-2255
514058084      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 22 2014 21:49:22       Midland Credit Management,
                 Department 8870,    Los Angeles, CA 90084-0001
514058082      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 22 2014 21:49:22       Midland Credit Management,
                 PO Box 939019,    San Diego, CA 92193-9019
514058086      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 22 2014 21:49:22       Midland Credit Management Inc, LLC,
                 8875 Aero Drive,    Suite 2,    San Diego, CA 92123-2255
514058089      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 22 2014 21:49:22       Midland Funding,
                 8875 Aero Drive Ste 200,    San Diego, CA 92123-2255
514194626      +E-mail/Text: rahim.hulandel@pseg.com Apr 22 2014 21:48:24       PSE&G,    PO Box 490,
                 Cranford NJ 07016-0490,    Attn: Bankruptcy Dept
514058128      +E-mail/Text: rahim.hulandel@pseg.com Apr 22 2014 21:48:24       PSEG,    PO Box 490,
                 Cranford, NJ 07016-0490
514058127       E-mail/Text: rahim.hulandel@pseg.com Apr 22 2014 21:48:24       PSEG,    PO Box 790,
                 Cranford, NJ 07016-0790
514058105      +E-mail/Text: ebn@vativrecovery.com Apr 22 2014 21:49:05       Palisade Collection , LLC,
                 210 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2524
514058109      +E-mail/Text: ebn@vativrecovery.com Apr 22 2014 21:49:05       Palisades Collection , LLC,
                 PO Box 1274,    Englewood Cliffs, NJ 07632-0274
514058137      +E-mail/Text: rjm@ebn.phinsolutions.com Apr 22 2014 21:49:12       RJM,    PO Box 11154,
                 Hauppauge, NY 11788-0940
514058140       E-mail/Text: rjm@ebn.phinsolutions.com Apr 22 2014 21:49:12       RJM,    PO Box 18006,
                 Hauppauge, NY 11788
514058138      +E-mail/Text: rjm@ebn.phinsolutions.com Apr 22 2014 21:49:12       RJM,    575 Under Hill Blvd.,
                 Syosset, NY 11791-4437
514058139      +E-mail/Text: rjm@ebn.phinsolutions.com Apr 22 2014 21:49:12       RJM,    575 Under Hill Blvd.,
                 Suite 224,    Syosset, NY 11791-4437
514058141      +E-mail/Text: rjm@ebn.phinsolutions.com Apr 22 2014 21:49:12       Rjm Acq Llc,    575 Underhill Blvd,
                 Syosset, NY 11791-3426
514058142      +E-mail/Text: rjm@ebn.phinsolutions.com Apr 22 2014 21:49:12       Rjm Acquistions Llc,
                 575 Underhill Blvd Suite 224,    Syosset, NY 11791-4437
514123026       E-mail/Text: appebnmailbox@sprint.com Apr 22 2014 21:49:19       Sprint Nextel,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
514058157       E-mail/Text: appebnmailbox@sprint.com Apr 22 2014 21:49:19       Sprint PCS,    PO Box 4191,
                 Carol Stream, IL 60197
514058154       E-mail/Text: appebnmailbox@sprint.com Apr 22 2014 21:49:20       Sprint PCS,    PO Box 62071,
                 Baltimore, MD 21264
514058143       E-mail/PDF: pa_dc_claims@salliemae.com Apr 22 2014 21:53:42       Sallie Mae,    PO Box 11509,
                 Killeen, TX 76547-1509
514058144      +E-mail/PDF: pa_dc_claims@salliemae.com Apr 22 2014 21:54:46       Sallie Mae,    PO Box 9533,
                 Wilkes Barre, PA 18773-9533
514058146       E-mail/PDF: pa_dc_claims@salliemae.com Apr 22 2014 21:52:40       Sallie Mae Servicing,
                 PO Box 4600,    Wilkes Barre, PA 18773
```

```
District/off: 0312-2          User: whealy               Page 5 of 6                  Date Rcvd: Apr 22, 2014
                              Form ID: 154               Total Noticed: 236


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514058153      +E-mail/Text: appebnmailbox@sprint.com Apr 22 2014 21:49:19     Sprint PCS,    PO Box 105243,
                Atlanta, GA 30348-5243
514058156      +E-mail/Text: appebnmailbox@sprint.com Apr 22 2014 21:49:20     Sprint PCS,    PO Box 8077,
                London, KY 40742-8077
514086394      +E-mail/Text: bncmail@w-legal.com Apr 22 2014 21:49:34      TD BANK USA, N.A.,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
514058192       E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2014 21:53:13      Walmart,    PO Box 960023,
                Dayton, FL 32896
514058193      +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2014 21:54:35      Walmart,    P0 Box 981064,
                El Paso, TX 79998-1064
                                                                                              TOTAL: 59

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514058110       Patricia M. Dury
514057939*     +Aaron Bail Bonds,    90 Broadway,    Paterson, NJ 07505-1107
514057940*     +Aaron Bail Bonds Inc.,    90 Broadway,    Paterson, NJ 07505-1107
514057941*     +Aaron Bail Bonds LLC,    90 Broadway,    Paterson, NJ 07505-1107
514057951*     +Aurora Financial Group Inc.,    9 Eves Drive, #190, PO Box 228,    Marlton, NJ 08053-0228
514057952*     +Aurora Financial Group LLC,    9 Eves Drive, #190, PO Box 228,    Marlton, NJ 08053-0228
514057961*     +Beardsley Emergency Medical Associates,    66 W Gilbert Street,    2nd Floor,
                Red Bank, NJ 07701-4947
514057969*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One, N.a.,     Po Box 85520,   Richmond, VA 23285)
514057981*     +Country Door,    1112 7th Avenue,    Monroe, WI 53566-1364
514057985*    ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Direct TV,     PO Box 78627,   Phoenix, AZ 85062)
514057988*    ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Direct Tv,     2230 E Imperial Highway,    El Segundo, CA 90245)
514057987*    ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Direct Tv,     PO Box 11732,   Newark, NJ 07101)
514057984*    ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Direct Tv,     PO Box 78626,   Phoenix, AZ 85062)
514057994*     +East Orange General Hospital,    300 Central Avenue,    East Orange, NJ 07018-2897
514057997*     +Enhanced Recovery Corp.,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
514058002*     +Excell Clinical Labs Inc.,    1 Ethel Road,   Bldg. 103,    Edison, NJ 08817-2838
514058005*     +Fingerhut,    14 McLeland Rd.,    Saint Cloud, MN 56395-1001
514058017*      GE Money Bank,    PO Box 98143,    El Paso, TX 79998
514058014*     +Ge Money,    PO Box 960024,    Orlando, FL 32896-0024
514058031*     +Ginnys/Swiss Colony,    1112 7th Ave,    Monroe, WI 53566-1364
514058044*     +HSBC,    PO Box 98706,    Las Vegas, NV 89193-8706
514058037*     +Household Bank,    PO Box 98706,    Las Vegas, NV 89193-8706
514058038*     +Household Bank,    PO Box 438,    Wood Dale, IL 60191-0438
514058036*      Household Bank,    PO Box 88000,    Baltimore, MD 21288-0001
514058048*     +Hsbc Bank,    P0 Box 5253,    Carol Stream, IL 60197-5253
514058051*     +Imaging Consultants of Essex, P.A.,    PO Box 1733,    Frederick, MD 21702-0733
514058057*     +Jefferson Capital,    16 Mcleland Road,    Saint Cloud, MN 56303-2160
514225660*     +Jefferson Capital Systems LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
514058076*     +Merrick Bank,    PO Box 9201,    Old Bethpage, NY 11804-9001
514058079*     +Metabank,    PO Box 89210,    Sioux Falls, SD 57109-9210
514058087*     +Midland Credit Management Inc.,    500 West 1st Street,    Hutchinson, KS 67501-5222
514058088*     +Midland Credit Management LLC,    PO Box 939019,    San Diego, CA 92193-9019
514058090*     +Midland Funding,    8875 Aero Drive Ste 200,    San Diego, CA 92123-2255
514058091*     +Midland Funding,    8875 Aero Drive Ste 200,    San Diego, CA 92123-2255
514058094*     +New Century Financial, LLC,    Attn: Pressler & Pressler,    7 Entin Road,
                Parsippany, NJ 07054-5020
514058104*      Orange Municipal Court,    596 Lincoln Avenue,    Orange, NJ 07050
514300299*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     c/o WAL-MART,    POB 41067,
                Norfolk VA 23541)
514058125*      PSEG,    PO Box 14104,    New Brunswick, NJ 08906-4104
514058108*     +Palisades Collection , LLC,    PO Box 1244,    Englewood Cliffs, NJ 07632-0244
514058117*     +Powers Kirn LLC,    728 Marne Highway,    Suite 200,   Moorestown, NJ 08057-3128
514058119*     +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
514058121*     +Pressler & Pressler ESQ,    7 Entin Road,    Parsippany, NJ 07054-5020
514058123*     +Pressler And Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
514058158*    ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                OVERLAND PARK KS 66207-0949
               (address filed with court: Sprint PCS,     PO Box 62071,   Baltimore, MD 21264)
514058148*     +Salute,    PO Box 11802,    Newark, NJ 07101-8102
514058155*     +Sprint PCS,    PO Box 105243,    Atlanta, GA 30348-5243
514058160*     +Sprint PCS,    PO Box 8077,    London, KY 40742-8077
514058167*     +T-Mobile,    PO Box 742596,    Cincinnati, OH 45274-2596
514058185*     +Verizon New Jersey Inc,    500 Technology Dr,    Weldon Spring, MO 63304-2225
514058183*     +Verizon New Jersey Inc,    P0 Box 3397,   Bloomington, IL 61702-3397
514058188*    ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,   1ST FLOOR,    DES MOINES IA 50328-0001
               (address filed with court: Wachovia Bank,     Overdraft Resolution Team,    P0 Box 50014,    VA 7372,
                Roanoke, VA 24040)
```

```
District/off: 0312-2          User: whealy              Page 6 of 6              Date Rcvd: Apr 22, 2014
                              Form ID: 154              Total Noticed: 236


           ***** BYPASSED RECIPIENTS (continued) *****
514058186*    ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
              (address filed with court: Wachovia Bank,    PO Box 13765,    Roanoke, VA 24037)
514058187*    ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
              (address filed with court: Wachovia Bank,    PO Box 13765,    Roanoke, VA 24037)
514058190*    ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
              (address filed with court: Wachovia Bank,    PO Box 50014,    Roanoke, VA 24040)
514058194*     Walmart,    PO Box 960023,    Dayton, FL 32896
514058206*     World Financial Network Bank,    PO Box 659584,    San Antonio, TX 78265-9584
514058208*    +World Financial Network Bank,    220 W. Schrock Road,    Westerville, OH 43081-2873
514058211*     World Financial Network National Bank,    PO Box 182125,    Columbus, OH 43218-2125
514058212*    +World Financial Network National Bank,    PO Box 182363,    Columbus, OH 43218-2363
514057965    ##+Capital One,    PO Box 26030,    Richmond, VA 23260-6030
514058134    ##+Revenue Recovery Corp,    612 Gay St,    Knoxville, TN 37902-1603
514058133    ##+Revenue Recovery Corp,    612 S Gay Street,    Knoxville, TN 37902-1630
514058136     ##Revenue Recovery Corporation,    612 South Gay Street,    P.O. Box 2698,    Knoxville, TN 37901-2698
514058135    ##+Revenue Recovery Corporation,    PO Box 2698,    Knoxville, TN 37901-2698
514058177    ##+Target National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317
514058201    ##+Wells Fargo Financial,    PO Box 98784,    Las Vegas, NV 89193-8784
                                                                                       TOTALS: 1, * 58, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2014                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2014 at the address(es) listed below:
              Charles A. Stanziale, Jr.    cstanziale@mccarter.com,
               slipstein@mccarter.com;nj06@ecfcbis.com
              Charles A. Stanziale, Jr.    on behalf of Trustee Charles A. Stanziale, Jr.
               cstanziale@mccarter.com,    slipstein@mccarter.com;nj06@ecfcbis.com
              Herbert B. Raymond    on behalf of Debtor Lavonda R Smith-Davenport bankruptcy123@comcast.net,
               herbert.raymond@comcast.net;jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcas
               t.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.ra
               ymond@gmail.com
              William M. E. Powers, III    on behalf of Creditor   Aurora Financial Group, Inc., servicing agent
               for creditor New Jersey Housing and Mortgage Finance Agency ecf@powerskirn.com
              William M. E. Powers, III    on behalf of Creditor   Cenlar FSB servicing agent for New Jersey
               Housing and Mortgage Finance Agency ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor   Aurora Financial Group, Inc., servicing agent for
               creditor New Jersey Housing and Mortgage Finance Agency ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor   Cenlar FSB servicing agent for New Jersey Housing
               and Mortgage Finance Agency ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor   Aurora Financial Group, Inc., servicing agent
               for creditor New Jersey Housing and Mortgage Finance Agency ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor   Cenlar FSB servicing agent for New Jersey
               Housing and Mortgage Finance Agency ecf@powerskirn.com
                                                                                             TOTAL: 9
```